876

A. C. MOYER, Petitioner, v. COMMISSION-
ER OF INTERNAL REVENUE,
Respondent.

J. E. MOYER, Petitioner, v. COMMISSION-
ER OF INTERNAL REVENUE,
Respondent.

Nos. 10544, 10545.

United States Court of Appeals
Third Circuit.

Argued Jan. 22, 1952.

Decided Jan. 31, 1952.

R. J. Cleary, Pittsburgh, Pa. (Martin Goodman, Altoona, Pa., on the brief), for petitioners.

Melva M. Graney, Washington, D. C. (Ellis N. Slack, Acting Asst. Atty. Gen., on the brief), for respondent.

Before BIGGS, Chief Judge, KALODNER, Circuit Judge, and STEWART, District Judge.

PER CURIAM.

Upon consideration of the briefs and oral arguments and of the record in the instant cases we conclude that the Tax Court committed no reversible error. Consequently its decisions will be affirmed.

McNAIR REALTY COMPANY, a Corporation, Appellant, v. GAMBLE–SKOGMO,
Inc., a Corporation, Appellee.

GAMBLE–SKOGMO, Inc., a Corporation,
Appellant, v. McNAIR REALTY COM-
PANY, a Corporation, Appellee.

No. 12944.

United States Court of Appeals
Ninth Circuit.

Jan. 21, 1952.

H. C. Hall, Edw. C. Alexander, and Howard C. Burton, all of Great Falls, Mont., for McNair Realty Co.

I. W. Church, George G. Harris, Bjarne Johnson and Carter Williams, all of Great Falls, Mont., for Gamble-Skogmo, Inc.

Before DENMAN, Chief Judge, and HEALY and ORR, Circuit Judges.

PER CURIAM.

On this appeal, we adopt the opinion of Judge Pray reported in 98 F.Supp. 440. The judgment is affirmed.